**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
TOMAS RIOS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>TOMAS RIOS,<br><br>　　　Defendant. | Case No.: 1:07-CR-000146 AWI<br><br>**STIPULATION RE: CONTINUANCE OF SENTENCING HEARING AND ORDER THEREON** |

The parties filed the following stipulation:

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing hearing currently scheduled for November 10, 2008, at 9:00 a.m. be continued to **January 26, 2009, at 9:00 a.m.** before the Honorable ANTHONY W. ISHII.

Counsel for Defendant has been in touch with Sherrill A. Carvalho of the United States Attorney's Office, who has no objection to such a short continuance.

It is your Declarant's opinion that a short continuance such as requested shall not prejudice any party concerned with this

matter.

DATED: November 5, 2008.

                                      NUTTALL & COLEMAN

                               By: /s/
                                    ROGER T. NUTTALL
                                    Attorneys for Defendant
                                    JERRY L. WILLIAM


                               By: /s/
                                    SHERRILL A. CARVALHO
                                    Assistant U.S. Attorney

                        **************

## **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing Hearing currently scheduled on November 10, 2008, at 9:00 a.m. is continued to **January 26, 2009, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   November 7, 2008**                      /s/ Anthony W. Ishii
                                                        CHIEF UNITED STATES DISTRICT JUDGE