1 **ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5 ATTORNEYS FOR Defendant
   TOMAS RIOS
6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10 * * * * * * *

11 UNITED STATES OF AMERICA,   Case No.: 1:07 CR 00146 AWI

12        Plaintiff,
                               **STIPULATION RE:**
13    vs.                      **CONTINUANCE OF SENTENCING**

14 TOMAS RIOS,                 **And**

15        Defendant.           **O R D E R**

16

17

18   **IT IS HEREBY STIPULATED** by and between counsel for the

19 parties herein, that the Sentencing in the above matter currently

20 scheduled on Monday, March 30, 2009, at 1:30 p.m., in the above-

21 entitled court, be continued to May 11, 2009, at 1:30 p.m.

22   Counsel for Defendant is currently in trial in the matter

23 of People v. Guzman, Fresno County Superior Court case number

24 F07906388.

25   Additionally, a plea was entered in this case; however,

26 Counsel for the Defendant would like to further assess the

27 validity of the Defendant's plea and whether or not there exists

28 a factual basis to support the guilty plea.

Counsel for the Defendant has conferred with Assistant United States Attorney, Mark Cullers, who has no objection to this continuance.

DATED: March 25, 2009.

Respectfully submitted,

NUTTALL & COLEMAN

By /s/ Roger T. Nuttall
ROGER T. NUTTALL
Attorneys for Defendant
TOMAS RIOS

DATED: March 25, 2009.

/s/ Mark Cullers
_____
MARK CULLERS
Assistant U. S. Attorney

**O R D E R**

IT IS SO ORDERED.

**Dated:   March 25, 2009**          **/s/ Anthony W. Ishii**
                              CHIEF UNITED STATES DISTRICT JUDGE