**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TOMAS RIOS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TOMAS RIOS,<br><br>Defendant. | Case No.: 1:07 CR 00146 AWI<br><br>**STIPULATION RE:**<br>**CONTINUANCE OF SENTENCING**<br><br>**And**<br><br>**O R D E R** |

**IT IS HEREBY STIPULATED** by and between counsel for the parties herein, that the Sentencing in the above matter currently scheduled on Monday, May 11, 2009, at 1:30 p.m., in the above-entitled court, be continued to June 8, 2009, at 1:30 p.m.

A plea was entered in this case; however, Counsel for the Defendant would like to further assess the validity of the Defendant's plea and whether or not there exists a factual basis to support the guilty plea.

Counsel for the Defendant has conferred with Assistant United States Attorney, Mark Cullers, who has no objection to this continuance.

DATED: April 29, 2009.

Respectfully submitted,

NUTTALL & COLEMAN

By    /s/ Roger T. Nuttall
   ROGER T. NUTTALL
   Attorneys for Defendant
   TOMAS RIOS

DATED: April 29, 2009.

/s/ Mark Cullers
_____
MARK CULLERS
Assistant U. S. Attorney

**O R D E R**

IT IS SO ORDERED.

**Dated:   May 1, 2009**                              **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE