(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TOMAS RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:07 CR 00146 AWI |
|---|---|
| Plaintiff, | **STIPULATION RE:** |
| vs. | **CONTINUANCE OF SENTENCING** |
| TOMAS RIOS, | And |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between counsel for the parties herein, that the Sentencing in the above matter currently scheduled on Monday, June 8, 2009, at 1:30 p.m., in the above-entitled court, be continued to July 27, 2009, at 1:30 p.m.

A plea was entered in this case; however, Counsel for the Defendant needs additional time to further assess the validity of the Defendant's plea and whether or not there exists a factual basis to support the guilty plea.

Counsel for the Defendant has conferred with Assistant United States Attorney, Mark Cullers, who has no objection to this continuance.

DATED: June 3, 2009.

          Respectfully submitted,

          NUTTALL & COLEMAN

          By  /s/ Roger T. Nuttall
            ROGER T. NUTTALL
            Attorneys for Defendant
            TOMAS RIOS

DATED: June 3, 2009.

          /s/ Mark Cullers
          ―――――――――――――――――
          MARK CULLERS
          Assistant U. S. Attorney

**O R D E R**

IT IS SO ORDERED.

**Dated:   June 4, 2009**          **/s/ Anthony W. Ishii**
                    CHIEF UNITED STATES DISTRICT JUDGE