1 **ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2 2445 Capitol Street, Suite 150
FRESNO, CA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4

5 ATTORNEYS FOR Defendant
TOMAS RIOS
6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10 * * * * * * * *

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No.: 1:07 CR 00146 AWI |
| 12         Plaintiff, | **STIPULATION RE:** |
| 13     vs. | **CONTINUANCE OF SENTENCING** |
| 14 TOMAS RIOS, | **And** |
| 15         Defendant. | **O R D E R** |
| 16 | |

17

18  **IT IS HEREBY STIPULATED** by and between counsel for the
19 parties herein, that the Sentencing in the above matter currently
20 scheduled on Monday, August 31, 2009, at 1:30 p.m., in the above-
21 entitled court, be continued to Monday, September 28, 2009, at
22 1:30 p.m.

23  A plea was entered in this case; however, Counsel for the
24 Defendant needs additional time to further assess the validity of
25 the Defendant's plea and whether or not there exists a factual
26 basis to support the guilty plea.

27  With respect to counsel's efforts, during the past several
28 months, he has conferred with the Office of the United States

1  Attorney in an effort to resolve the issues.  The Government does
2  not wish to stipulate to a withdrawal of the guilty plea.
3  Counsel is in the process of further discussions with the
4  defendant so as to convey to him the position of the government
5  and to further assess whether or not there exists a factual basis
6  to support the guilty plea.
7        Counsel for the Defendant has conferred with Assistant
8  United States Attorney, Mark Cullers, who has no objection to
9  this continuance.
10       DATED: August 26, 2009.

                                                    Respectfully submitted,

                                                    NUTTALL & COLEMAN

                                                    By   /s/ Roger T. Nuttall
                                                        ROGER T. NUTTALL
                                                        Attorneys for Defendant
                                                        TOMAS RIOS

17       DATED: August 26, 2009.

                                                      /s/ Mark Cullers

                                                     MARK CULLERS
                                                     Assistant U. S. Attorney

### O R D E R

IT IS SO ORDERED.

**Dated:   August 28, 2009**                    /s/ Anthony W. Ishii
                                                          CHIEF UNITED STATES DISTRICT JUDGE