(SPACE BELOW FOR FILING STAMP ONLY)

1    **ROGER T. NUTTALL #42500**
       **NUTTALL & COLEMAN**
2        **2445 Capitol Street, Suite 150**
       **FRESNO, CA 93721**
3        **PHONE (559) 233-2900**
       **FAX (559) 485-3852**

4

5    ATTORNEYS FOR Defendant
       TOMAS RIOS

6

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10                     * * * * * * * *

11 UNITED STATES OF AMERICA,      Case No.: 1:07 CR 00146 AWI

12          Plaintiff,

13      vs.                  **STIPULATION AND ORDER RE: TRAVEL TO THE PHILIPPINES BY TOMAS RIOS.**

14 TOMAS RIOS,

15          Defendant.

16

17      Defendant, TOMAS RIOS, by and through his attorney, ROGER

18 T. NUTTALL, hereby respectfully requests permission from this

19 court to be allowed to travel to the Philippines in order to

20 visit his father and mother.  The reason for this travel is for

21 him to adjust and monitor the medications for his father and

22 mother, both of whom are advanced in age.  His father is 91 years

23 old and his mother is 85 years old.

24      Mr. Rios's intention is to travel to the Philippines on

25 March 18, 2010, and return on April 10, 2010.  As soon as this

26 honorable court grants him this leave, he shall make his flight

27 reservations and provide the court and his probation officer with

28 a copy of his itinerary.

1    Defendant counsel's office has contacted Assistant U. S.

2  Attorney, MARK CULLERS, who has expressed no objection to this

3  out-of-the-country travel request.

4    Defendant counsel's office has also contacted Mr. Rios's

5  probation officer, LONIE STOCKTON, who likewise has expressed no

6  objection to this out-of-the-country travel request.

7    DATED: February 1, 2010.

8                                    NUTTALL & COLEMAN

9

10                        By   /s/ Roger T. Nuttall

11                             ROGER T. NUTTALL
                               Attorneys for Defendant,
12                             TOMAS RIOS

13

14

15                             /s/ Mark Cullers
                               MARK CULLERS
16                             Assit. U. S. Attorney

17

18                           **ORDER**

19

20  IT IS SO ORDERED.

21

22  **Dated:   February 1, 2010          /s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                    2