**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
TOMAS RIOS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:07 CR 00146 AWI |
|---|---|
| Plaintiff, | |
| vs. | **REQUEST AND ORDER RE: TRAVEL TO THE PHILIPPINES BY TOMAS RIOS.** |
| TOMAS RIOS, | |
| Defendant. | |

Defendant, TOMAS RIOS, by and through his attorney, ROGER T. NUTTALL, hereby respectfully requests permission from this court to be allowed to travel to the Philippines in order to visit his elderly father and mother.  The reason for this travel is for him to adjust and monitor the medications for his father and mother, both of whom are advanced in age.  His father is 93 years old and his mother is 87 years old.  His parents will also be celebrating their 60th wedding anniversary during this visit.

Dr. Rios's address abroad shall be: 2291 Lincero Street, Pandacan, Manila, Philippines.  Should this court allow him to travel, as requested, attached is a photocopy of his flight itinerary.

1  Dr. Rios's intention is to travel to the Philippines with
2  his wife on November 30, 2010, and return on January 12, 2011.
3  As soon as this honorable court grants him this leave, he shall
4  make his final flight reservations and provide the court and his
5  probation officer with a copy of that final itinerary.
6  Defendant counsel's office has contacted Dr. Rios's
7  Probation Officer, LONNIE STOCKTON, who has expressed no
8  objection to this out-of-the-country travel request, stating that
9  Dr. Rios has been in full compliance with the terms and
10 conditions of his probation.
11 DATED: October 21, 2010.

NUTTALL & COLEMAN

By  /s/ Roger T. Nuttall

ROGER T. NUTTALL
Attorneys for Defendant,
TOMAS RIOS

IT IS SO ORDERED.

Dated:   October 21, 2010        /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE

2