PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.  ) | **Docket Number: 1:07CR00146-001** |
| ) | |
| **TOMAS RIOS**  ) | |
| ) | |

On November 16, 2009, the above-named was placed on probation for a period of 2 years. He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON
Senior United States Probation Officer**

Dated:   March 16, 2009
         Bakersfield, California
         LES:dk

**REVIEWED BY:**       /s/ Thomas A. Burgess
         **THOMAS A. BURGESS
         Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:     **Tomas RIOS**
        **Docket Number:   1:07CR00146-001**
        **ORDER TERMINATING PROBATION**
        **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

LES:dk

Attachment:   Recommendation

cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

Dated:   March 17, 2011                              _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE